**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Jonas Sebastian Jodicke, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:22-cv-05106 |
| v. | ) | |
| | ) | Dist. Judge Franklin U. Valderrama |
| The Partnerships and Unincorporated | ) | |
| Associations Identified on Schedule A, | ) | Mag. Judge Gabriel A. Fuentes |
| | ) | |
| Defendants. | ) | |

### Motion for Extension of Time

**NOW COME** certain defendants[1] ("Defendants"), by and through their undersigned counsel, and hereby request an extension of time to respond to the Complaint, stating as follows:

1. Plaintiff filed its Complaint on September 30, 2021. [Dkt. 1].

2. Defendants were ostensibly served with process on September 21, 2022. [Dkt. 20].

3. Defendants have been substantively engaged in settlement with Plaintiff, including involving the exchange of evidence and offers. Some defendants have reached settlement in principle with Plaintiff, while others are still negotiating.

4. While Defendants continue to explore settlement with Plaintiff, Defendants require a short additional time to respond to the Complaint.

5. This Court may, for good cause, extend the time by which Defendant's response are due after the time has expired if Defendant failed to act because of excusable neglect. Fed. R. Civ. P. 6(b)(1)(B). "[U]nder Rule 6(b)(1) as interpreted by case law, the term "good cause" imposes a light burden." McCann v. Cullinan, 2015 WL 4254226, at * 10 (N.D. Ill 2015), *citing*, 1 Moore's Federal Practice § 6.06 [2] p. 632 (Matthew Bender 3d ed. 2013); *See also*, Anderson v. Stanco

---

[1] Anneunique, khemnv, backpackzone, woobuing, YangMingBinDeDian, yangongfa, yestoos, zaaprintblanket, fjunuss, QIDIA, DAOXIANG, Krafig, LanKen, WishDecor, Anna Cowper, MAPOLO, DBLLF, NTREC, INE IVE, UHOMETAP, MEET's story, Simsant

<u>Sports Library, Inc.</u>, 52 F.R.D. 108, 109 (D. S.C. 1971) (granting defendants' motion for an extension arguing that "judgment by default has not been entered. It is not contended that plaintiff would be prejudiced by the answer of the defendant and trial upon the merits. On the other hand, to enter default would deprive defendant of its day in court and preclude just determination of the question of liability.").

6. Defendants respectfully request this Court extend the date on which Defendants are to have filed response(s) to Plaintiff's Complaint, if ultimately necessary, to February 6, 2023.

7. This Motion has been filed in good faith and is not interposed for purposes of delay.

8. This is the first motion for an extension of time filed by Defendants.

9. Plaintiff has indicated that it opposes the requested extension with respect to Defendants yestoos, backpackzone, yangongfa, Anneunique, yangmingbindedian, woobuing, zaaprintblanket, khemnv, and fjunuss regarding the nature of a previously-obtained settlement with this subgroup. While this subgroup of defendant disputes, in good faith, whether an authorized settlement was made, they at a minimum require additional to resolve the dispute and, if ultimately necessary, respond to the Complaint.

**WHEREFORE**, the Defendants request that the Court enter an order:

a) extending the time for Defendants to respond to Plaintiff's Complaint until February 6, 2023.

Dated this January 15, 2023

Respectfully Submitted,

/s/Adam E. Urbanczyk
Adam E. Urbanczyk
AU LLC
564 W. Randolph St. 2nd Floor
Chicago, IL 60661
(312) 715-7312
adamu@au-llc.com
*Counsel for Defendants*